1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 MAYITO GUZMAN,                          Case No. 19-cv-03757-HSG
8         Plaintiff,                      **ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**
9     v.
10 M JONES, et al.,                       Re: Dkt. No. 9
11        Defendants.
12

13      Good cause being shown, plaintiff's request for an extension of time to file his amended

14 complaint is GRANTED. Dkt. No. 9. Plaintiff shall file his amended complaint by **February 24,**

15 **2020**.

16      This order terminates Dkt. No. 9.

17      **IT IS SO ORDERED.**

18 Dated: 1/7/2020

19                                          _____
20                                          HAYWOOD S. GILLIAM, JR.
                                            United States District Judge
21
22
23
24
25
26
27
28

United States District Court
Northern District of California