UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYITO GUZMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>D. DORSEY, et al.,<br><br>            Defendants. | Case No. 19-cv-03757-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 16 |

Plaintiff, an inmate at California State Prison – Solano, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 regarding events at San Quentin State Prison ("SQSP"), where he was previously housed. On July 2, 2020, the Court found that the amended complaint stated cognizable equal protection and conspiracy claims against defendants Dorsey and Boerum. The Court dismissed the due process claims with prejudice, and dismissed with prejudice defendants John Doe CSR, Martin, Samara, Nguyen, Davis, Bloomfield, Hemenway, and Voong. The Court dismissed with leave to amend the equal protection claim and conspiracy claim against defendants Allison and Tebrock. The Court granted plaintiff twenty-eight days to file a second amended complaint, if he so wished, and ordered service upon defendants Dorsey and Boerum. Dkt. No. 13. Plaintiff has requested a 90 day extension of time to file his second amended complaint, stating that prison movement is severely restricted due to COVID-19. Dkt. No. 16. This motion is GRANTED IN PART AND DENIED IN PART. According to the attachments to the request, access to the law library, while restricted to paging, is still available. Dkt. No. 16 at 2. The Court grants plaintiff a sixty-day extension of time to file a second amended complaint. Within **sixty (60) days** of the date of this order, plaintiff shall file a second amended complaint if he so wishes.

//

1   This order terminates Dkt. No. 16.

2   **IT IS SO ORDERED.**

3   Dated: 8/3/2020

   _____
   HAYWOOD S. GILLIAM, JR.
   United States District Judge