1  XAVIER BECERRA
   Attorney General of California
2  MARISA KIRSCHENBAUER
   Supervising Deputy Attorney General
3  CARSON R. NIELLO
   Deputy Attorney General
4  State Bar No. 329970
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3823
6   Fax:  (415) 703-5480
    E-mail:  Carson.Niello@doj.ca.gov
7  *Attorneys for Defendants*
   *D. Dorsey and T. Boerum*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MAYITO GUZMAN,** | 4:19-cv-03757-HSG |
| Plaintiff, | **DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL** |
| v. | Judge: The Honorable Haywood S. Gilliam, Jr. |
| **D. DORSEY, et al. ,** | Action Filed: June 27, 2019 |
| Defendants. | |

**TO PLAINTIFF MAYITO GUZMAN, *PRO SE*:**

**PLEASE TAKE NOTICE** that Defendants D. Dorsey and T. Boerum (Defendants) waive their right to reply to the complaint under 42 U.S.C. § 1997e(g).  Additionally, Defendants demand a trial by jury in this action.

**WAIVER OF REPLY**

This case is a prisoner action brought by Plaintiff Mayito Guzman.  Defendants waive the right to file an answer in reply to Plaintiff's complaint under the Prison Litigation Reform Act (PLRA).  The PLRA authorizes a defendant to waive the right to reply to any inmate action, specifies that such a waiver is not an admission of the complaint, and prohibits the court from

1

granting relief unless there is a reply. 42 U.S.C. § 1997e(g).  It further authorizes the Court to require a defendant to reply "if it finds that the plaintiff has a reasonable opportunity to prevail on the merits." *Id*.  To date, the Court has not ordered Defendants to file an answer to Plaintiff's complaint.

**DEMAND FOR JURY TRIAL**

Additionally, under Federal Rule of Civil Procedure 38(b) and local rule 3-6, Defendants demand a trial by jury in this action.

Dated:  August 25, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General

*/s/ Carson R. Niello*
CARSON R. NIELLO
Deputy Attorney General
*Attorneys for Defendants*

SF2020400929
42318896.docx

2

Defs.' Waiver Reply & Demand for Jury Trial(4:19-cv-03757-HSG)

# CERTIFICATE OF SERVICE

Case Name:  *Guzman v. Dorsey, et al.*     No.  **4:19-cv-03757-HSG**

I hereby certify that on August 24, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On August 25, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Mayito Guzman (AI2346)**
**California State Prison - Solano**
**P.O. Box 4000**
**Vacaville, CA  95696-4000**
*In Pro Se*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 25, 2020, at San Francisco, California.

|  N. Codling  |  */s/ N. Codling*  |
|  Declarant  |  Signature  |

SF2020400929
42318907.docx