UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYITO GUZMAN,<br><br>       Plaintiff,<br><br>   v.<br><br>D. DORSEY, et al.,<br><br>       Defendants. | Case No. 19-cv-03757-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 19 |

Good cause being shown, defendants' request for an extension of time to file their dispositive motion. Dkt. No. 19.

Defendants shall file their dispositive motion by November 1, 2020. If plaintiff files a second amended complaint, defendants' dispositive motion shall be due thirty days from the date of the Court's order screening the second amended complaint.

Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 19.

**IT IS SO ORDERED.**

Dated: 10/2/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge