UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYITO GUZMAN,<br><br>    Plaintiff,<br><br>v.<br><br>D. DORSEY, et al.,<br><br>    Defendants. | Case No. 19-cv-03757-HSG<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Plaintiff, an inmate at California State Prison – Solano, has filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Per the Court's June 7, 2021 Order (Dkt. No. 30), the Court resets the briefing schedule so that a dispositive motion is due 60 days after Plaintiff's deposition is completed. Having been informed that Plaintiff's deposition has been scheduled for July 1, 2021 (Dkt. No. 31), the Court sets the following briefing schedule. Defendants shall file their dispositive motion by September 3, 2021. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion. Plaintiff is reminded that he must participate in discovery in good faith, and should sit for and meaningfully participate in his deposition.

**IT IS SO ORDERED.**

Dated: June 28, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge