UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYITO GUZMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>D. DORSEY, et al.,<br><br>        Defendants. | Case No. 19-cv-03757-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO OPPOSE SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 34 |

Good cause being shown, Plaintiff's request for an extension of time to oppose Defendants' summary judgment motion is GRANTED. Dkt. No. 34. Plaintiff shall file his opposition by January 3, 2022. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 34.

**IT IS SO ORDERED.**

Dated: 10/25/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge