UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYITO GUZMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. DORSEY, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-03757-HSG<br><br>**ORDER REFERRING CASE TO SETTLEMENT; ADMINISTRATIVELY CLOSING CASE** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against San Quentin State Prison ("SQSP") correctional officials Dorsey and Boerum regarding events at SQSP, where he was previously housed. On June 22, 2022, the Court granted in part and denied in part Defendants' summary judgment motion. Dkt. No. 38. The Court granted the motion to dismiss Plaintiff's claims for injunctive relief, but denied the remainder of the summary judgment motion. Dkt. No. 38. The Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute, noting that Plaintiff had not communicated with the Court since October 10, 2021, and had not opposed the summary judgment motion. Dkt. No. 38 at 22. In a pleading dated July 19, 2022, Plaintiff has informed the Court that he wishes to proceed with this action and that he will contact Defendants within two weeks to discuss possible settlement. Dkt. No. 39.

Accordingly, the Court REFERS this case to Magistrate Judge Robert Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program to address the claim that Defendants facilitated or approved Plaintiff's transfer away from SQSP's non-designated programming facility as part of an effort to remove Northern California Hispanic inmates from SQSP's NDPF, in violation of the Equal Protection Clause and as part of a civil conspiracy.

1  Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement
2  conferences with all interested parties and/or their representatives and, within fifteen days of the
3  conclusion of all settlement proceedings, shall file with the Court a report thereon.  The Clerk is
4  directed to serve Magistrate Judge Illman with a copy of this order and to notify Magistrate Judge
5  Illman that a copy of the Court file can be retrieved from the Court's electronic filing database.
6  In view of the referral, further proceedings in this case are hereby STAYED.  The Clerk
7  shall ADMINISTRATIVELY CLOSE this case.

**IT IS SO ORDERED.**

Dated:   7/25/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge