| | |
|---|---|
| Rob Bonta<br>Attorney General of California<br>Preeti K. Bajwa<br>Supervising Deputy Attorney General<br>Peter B. Nichols, State Bar No. 289706<br>Quyen V. Thai, State Bar No. 316854<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-3557<br>  Fax:  (415) 703-5843<br>  E-mail:  Quyen.Thai@doj.ca.gov<br>*Attorneys for Defendants*<br>*T. Boerum and D. Dorsey* | Daniel S. Bitton (SBN 320296)<br>*dbitton@axinn.com*<br>Jason T. Murata (SBN 319287)<br>*jmurata@axinn.com*<br>Neelesh T. Moorthy (SBN 341155)<br>*nmoorthy@axinn.com*<br>Isabella L. Solórzano (SBN 345703)<br>*isolorzano@axinn.com*<br>Patrick Doyle (SBN 329810)<br>*pdoyle@axinn.com*<br>**Axinn, Veltrop & Harkrider LLP**<br>55 Second Street, 20th Floor<br>San Francisco, CA 94105<br>Telephone:  415.490.2000<br>Facsimile:   415.490.2001<br>*Attorneys for Plaintiff Mayito Guzman* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAYITO GUZMAN,**<br><br>                          Plaintiff,<br><br>v.<br><br>**D. DORSEY, et al. ,**<br><br>                          Defendants. | 4:19-cv-03757-HSG<br><br>**JOINT REQUEST FOR A TWO-DAY EXTENSION OF TIME TO FILE A JOINT CASE MANAGEMENT STATEMENT; ORDER**<br><br>Judge:         The Honorable Haywood S. Gilliam, Jr.<br>Trial Date:   None set<br>Action Filed: June 27, 2019 |

The parties jointly move to modify the Court's current order directing the parties to file a joint case management statement no later than seven calendar days before the case management conference.  (ECF No. 47.)  The case management conference is currently set for March 21, 2023 at 2:00 p.m. (ECF No. 48.)  As a result, a joint case management statement is currently due Tuesday, March 14, 2023.  The parties respectfully request an additional two days to file the joint case management statement resulting in the joint case management statement filed no later than March 16, 2023.

1       On January 11, 2023 the Court filed an Order appointing counsel for plaintiff and staying
2  the proceedings eight weeks to allow new counsel to become familiar with the case.  (ECF 47.)
3  On February 28, 2023 defendants filed a notice of change in counsel.  (ECF 49.)  On March 3,
4  2023 new defense counsel sent correspondence to new counsel for plaintiff introducing
5  themselves and initiating the meet and confer process in order to discuss and create the joint case
6  management statement.  Plaintiff counsel generously prepared the initial draft joint case
7  management statement on March 7 and the parties began discussing the statement on a March 8
8  teleconference.  As a product of the teleconference, defense counsel agreed to provide suggested
9  edits to plaintiff's draft.  However, defense counsel were unable to provide edits and a written
10 response until the morning of March 14, 2023.
11      Evaluating the quality of numerous phone calls between the parties during the meet and
12 confer process, both are optimistic that current differences may be minimized if a short extension
13 is granted.  As a result, the parties jointly request to modify the Court's current order directing the
14 parties to file a joint case management statement no later than seven calendar days before the case
15 management conference, to an order allowing the parties to file a statement on or before March
16 16, 2023.  The parties would use this time to continue meeting and conferring in an attempt to
17 work through current differences on the scope and most efficient way to approach scheduling the
18 remaining necessary litigation tasks.
19      It is so stipulated.

| | | |
|---|---|---|
| 1 | Dated: March 14, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | PREETI K. BAJWA<br>Supervising Deputy Attorney General |
| 4 | | QUYEN V. THAI<br>Deputy Attorney General |

*/s/ Peter B. Nichols*
PETER B. NICHOLS
Deputy Attorney General

Dated: March 14, 2023                           Respectfully submitted,

Daniel S. Bitton (SBN 320296)
*dbitton@axinn.com*
Jason T. Murata (SBN 319287)
*jmurata@axinn.com*
Neelesh T. Moorthy (SBN 341155)
*nmoorthy@axinn.com*
Isabella L. Solórzano (SBN 345703)
*isolorzano@axinn.com*
Patrick Doyle (SBN 329810)
*pdoyle@axinn.com*

**AXINN, VELTROP & HARKRIDER LLP**
55 Second Street, 20th Floor
San Francisco, CA 94105
Telephone:  415.490.2000
Facsimile:   415.490.2001

/s/ *Neelesh T. Moorthy*
Neelesh Moorthy
Counsel for Plaintiff

## CIVIL LOCAL RULE 5-1(A) ATTESTATION

As required by Local Rule 5-1, I, Peter B. Nichols, attest that I obtained concurrence in the filing of this document from all signatories and that I have maintained records to support this concurrence.

Dated: March 14, 2023                 */s/ Peter B. Nichols*
                                                        Peter B. Nichols

**ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE THE JOINT CASE MANAGEMENT STATEMENT**

The Court, having considered the parties stipulation and request for an extension of time to file the joint case management statement, and good cause having been shown, grants the request.

IT IS ORDERED: The parties' joint case management statement is due on Thursday March 16, 2023.

Dated: _____3/16/2023_____

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.