| | |
|---|---|
| Daniel S. Bitton (SBN 320296) | ROB BONTA |
| *dbitton@axinn.com* | Attorney General of California |
| Jason T. Murata (SBN 319287) | PREETI K. BAJWA |
| *jmurata@axinn.com* | Supervising Deputy Attorney General |
| Patrick Doyle (SBN 329810) | *Preeti.Bajwa@doj.ca.gov* |
| *pdoyle@axinn.com* | PETER B. NICHOLS, State Bar No. 289706 |
| Alexander S. Krois (SBN 334346) | Deputy Attorney General |
| *akrois@axinn.com* | *Ben.Nichols@doj.ca.gov* |
| Neelesh T. Moorthy (SBN 341155) | 600 West Broadway, Suite 1800 |
| *nmoorthy@axinn.com* | San Diego, CA 92101 |
| Isabella L. Solórzano (SBN 345703) | P.O. Box 85266 |
| *isolorzano@axinn.com* | San Diego, CA 92186-5266 |
| Darpan R. Singh (SBN 347052) | Telephone: (619) 321-5789 |
| *dsingh@axinn.com* | Fax: (619) 645-2581 |
| **AXINN, VELTROP & HARKRIDER LLP** | ERICK J. RHOAN, State Bar No. 283588 |
| 55 Second Street, 20th Floor | Deputy Attorney General |
| San Francisco, CA 94105 | *Erick.Rhoan@doj.ca.gov* |
| Telephone: 415.490.2000 | 2250 Mariposa Hall, Room 5090 |
| Facsimile: 415.490.2001 | Fresno, CA 93721-2271 |
| *Counsel for Plaintiff Mayito Guzman* | Telephone: (559) 705-2310 |
| | *Counsel for Defendants* |
| | *T. Boerum and D. Dorsey* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYITO GUZMAN<br><br>                                  Plaintiff,<br><br>      v.<br><br><br>D. DORSEY ET AL.<br><br>                                  Defendants. | Case No. 4:19-cv-03757-HSG<br><br>**JOINT REQUEST TO MODIFY THE SCHEDULING ORDER AND EXTEND DEADLINE FOR AMENDMENT OF PLEADINGS / JOINDER; ORDER** |

The parties jointly request to modify the Court's current scheduling order directing the parties to file amendments to the pleadings by Friday, August 4, 2023. *See* Dkt. 59. The parties respectfully request that the Court extend this deadline to Friday, September 8, 2023. Good cause exists for this extension because Defendants and Third Party California Department of Corrections and

Rehabilitation ("CDCR") require more time to collect, review, and produce documents that are responsive to Plaintiff's discovery requests. In the absence of Defendants' and CDCR's documents, Plaintiff is unable to amend his Complaint to identify additional parties who were part of the alleged conspiracy to effectuate race-based transfers of Hispanic prisoners away from San Quentin State Prison.

During multiple meet and confers, most recently on Friday, June 30, 2023, Defendants and CDCR represented that document collection and production is ongoing, but remains slow. Defendants have produced approximately 2,000 pages of documents, and CDCR has not yet produced any documents. Defendants and CDCR represented, however, that they expect to produce their documents on a rolling basis and anticipate substantially completing their production of responsive documents by September 1, 2023. Based on these representations, Plaintiff anticipates being able to review Defendants' and CDCR's documents as they are received and have sufficient time by September 8, 2023 to file any amended Complaint. This amendment to the case schedule will not affect any other deadlines in the current case schedule.

For at least these reasons, the parties jointly request to modify the Court's current order directing the parties to file an amendment of pleadings / joinder on or before September 8, 2023.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: July 12, 2023 | |
| | By: /s/Patrick Doyle |
| | DANIEL S. BITTON (SBN 320296) |
| | *dbitton@axinn.com* |
| | JASON T. MURATA (SBN 319287) |
| | *jmurata@axinn.com* |
| | PATRICK DOYLE (SBN 329810) |
| | *pdoyle@axinn.com* |
| | ALEXANDER S. KROIS (SBN 334346) |
| | *akrois@axinn.com* |
| | NEELESH T. MOORTHY (SBN 341155) |
| | *nmoorthy@axinn.com* |
| | ISABELLA L. SOLÓRZANO (SBN 345703) |
| | *isolorzano@axinn.com* |
| | DARPAN R. SINGH (SBN 347052) |
| | *dsingh@axinn.com* |
| | |
| | **AXINN, VELTROP & HARKRIDER LLP** |
| | 55 Second Street, 20th Floor |
| | San Francisco, CA 94105 |
| | Telephone:  415.490.2000 |
| | Facsimile:   415.490.2001 |
| | *Counsel for Plaintiff Mayito Guzman* |
| Dated: July 12, 2023 | |
| | By: /s/Peter Ben Nichols |
| | ROB BONTA |
| | Attorney General of California |
| | PREETI K. BAJWA |
| | Supervising Deputy Attorney General |
| | *Preeti.Bajwa@doj.ca.gov* |
| | PETER B. NICHOLS, State Bar No. 289706 |
| | Deputy Attorney General |
| | *Ben.Nichols@doj.ca.gov* |
| | 600 West Broadway, Suite 1800 |
| | San Diego, CA 92101 |
| | P.O. Box 85266 |
| | San Diego, CA 92186-5266 |
| | Telephone: (619) 321-5789 |
| | Fax: (619) 645-2581 |
| | |
| | ERICK J. RHOAN, State Bar No. 283588 |
| | Deputy Attorney General |
| | *Erick.Rhoan@doj.ca.gov* |
| | 2250 Mariposa Hall, Room 5090 |
| | Fresno, CA 93721-2271 |
| | Telephone: (559) 705-2310 |

*Counsel for Defendants*
*T. Boerum and D. Dorsey*

**CIVIL LOCAL RULE 5-1(a) ATTESTATION**

As required by Local Rule 5-1, I, Patrick Doyle, attest that I obtained concurrence in the filing of this document from all signatories and that I have maintained records to support this concurrence.

Dated: July 12, 2023                                          By:     /s/Patrick Doyle
                                                                              Patrick Doyle

**ORDER GRANTING JOINT REQUEST TO MODIFY THE SCHEDULING ORDER AND EXTEND DEADLINE FOR AMENDMENT OF PLEADINGS / JOINDER**

The Court, having considered the parties joint request and request for an extension of time to file amendments to the pleadings / joinder, and good cause having been shown, GRANTS the request.

IT IS ORDERED: The parties' deadline to file an amendment to pleadings and/or joinder is Friday, September 8, 2023.

Dated:   7/13/2023

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge