1  ROB BONTA
   Attorney General of California
2  PREETI K. BAJWA
   Supervising Deputy Attorney General
3  ERICK RHOAN
   Deputy Attorney General
4  PETER BEN NICHOLS
   Deputy Attorney General
5  State Bar No. 289706
     600 West Broadway, Suite 1800
6    San Diego, CA 92101
     P.O. Box 85266
7    San Diego, CA 92186-5266
     Telephone: (619) 321-5789
8    Fax: (619) 645-2581
     E-mail: Ben.Nichols@doj.ca.gov
9  *Attorneys for Defendants T. Boerum and D. Dorsey*

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14

15 **MAYITO GUZMAN,**                        4:19-cv-03757-HSG

16                           Plaintiff,      **JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER; ORDER**

17          v.

                                             Judge:        The Honorable Haywood S. Gilliam, Jr.
18 **D. DORSEY, et al.,**
                                             Trial Date:   August 5, 2024
19                           Defendants.     Action Filed: June 27, 2019

20

21     Plaintiff, MAYITO GUZMAN ("Plaintiff"), and Defendants, D. DORSEY and T.

22 BOERUM ("Defendants") (collectively the "Parties"), by and through their respective counsels of

23 record, agree and stipulate as follows:

24     1.   Defendants initially agreed to complete document production substantially by

25 September 1, 2023 with Plaintiff's amended complaint, if any, due four weeks before, on August

26 4, 2023. Recently, the parties extended Plaintiff's deadline to file an amended complaint to

27 September 8, 2023.

28

2.      Although Defendants and CDCR have produced over 8,700 documents to date, collecting documents from multiple sources at statewide public entities, as well as reviewing those documents for relevancy, privacy, and security concerns, is a time intensive process. As a result, Defendants requested additional time from Plaintiff to complete their review and production.

3.      Due to the lengthy document production, Defendants estimate substantial completion of document production will require additional time, until September 8, 2023.

4.      In order to accommodate ongoing discovery production and comprehensive discovery responses, the parties stipulate and respectfully request to modify the Court's current scheduling orders.  (ECF Nos. 59, 68.)

5.      Good cause exists because Defendants and third party California Department of Corrections and Rehabilitation (CDCR) continue to collect, review, and produce documents that are responsive to Plaintiff's discovery requests made on April 27, May 3, and July 7, 2023.

6.      The parties have met and conferred numerous times regarding the document production and discovery issues and are in agreement concerning the current request to modify to the current scheduling order as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Substantial Completion of Document Production | 9/1/2023 | 9/8/2023 |
| Amended Complaint Due | 9/8/2023 | 9/29/2023 |
| Fact Discovery Closes | 10/20/2023 | 11/3/2023 |
| Expert Designation and Opening Expert Reports | 9/29/2023; 11/3/2023 | 12/8/2023 |
| Rebuttal Expert Reports | 12/1/2023 | 1/12/2024 |
| Expert Discovery Begins | 12/11/2023 | 1/12/2024 |
| Expert Discovery Closes | 1/26/2024 | 2/9/2024 |
| Dispositive Motion Deadline | 3/21/2024 | Unchanged |
| Dispositive Motion Hearing Deadline | 4/25/2024 at 2:00 p.m. | Unchanged |
| Pretrial Conference | 7/16/2024 at 3:00 p.m. | Unchanged |
| Jury Trial | 8/5/2024 at 8:30 a.m. | Unchanged |

1    7.  Therefore, in an effort to allow continue working cooperatively towards
2    concluding discovery without disturbing the current trial date, the parties seek the proposed
3    modifications.

4    Dated: September 6, 2023                             Respectfully submitted,

5                                                        ROB BONTA
                                                         Attorney General of California
6                                                        PREETI K. BAJWA
                                                         Supervising Deputy Attorney General
7                                                        ERICK RHOAN
                                                         Deputy Attorney General
8

9

10                                                       PETER BEN NICHOLS
                                                         Deputy Attorney General
11                                                       *Attorneys for Defendants*

12

13   Dated: September 6, 2023                            Respectfully submitted,

14

15                                                       _____
                                                         Alexander Krois
16                                                       Counsel for Plaintiff Mayito Guzman

17

18                                    **ATTESTATION**

19       Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatories to this filing concur in the
20   filing's content and have authorized the filing. I declare under the laws of the United States of
21   America that the foregoing is true and corrected. Executed this _____ day of September, 2023, in
22   San Diego, California.

23                                                       */s/ Peter Ben Nichols*
                                                         _____
24

25

26

27

28

# **ORDER**

Based on the foregoing stipulation, and for good cause showing, the Discovery and Scheduling Order is modified as follows:

Substantial Completion of Document Production: 9/8/2023

Amended Complaint Due:  9/29/2023

Fact Discovery Closes:  11/3/2023

Expert Designation and Opening Expert Reports: 12/8/2023

Rebuttal Expert Reports:   1/12/2024

Expert Discovery Begins:   1/12/2024

Expert Discovery Closes:   2/9/2024

Dispositive Motion Deadline:  3/21/2024

Dispositive Motion Hearing Deadline:  4/25/2024 at 2:00 p.m.

Pretrial Conference:  7/16/2024 at 3:00 p.m.

Jury Trial; 8/5/2024 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   9/8/2023

*[signature: Haywood S. Gilliam, Jr.]*

The Honorable Haywood S. Gilliam, Jr.
U.S. District Court for the Northern District of California

SF2020400929
Amend Sched OrderGuzman Modify Schedule.docx