JASON MURATA (SBN 319287)
*jmurata@axinn.com*
RICARDO S. CAMPOSANTO (SBN 337288)
*rcamposanto@axinn.com*
PATRICK O. DOYLE (SBN 329810)
*pdoyle@axinn.com*
ALEXANDER S. KROIS (SBN 334346)
*akrois@axinn.com*
DARPAN R. SINGH (SBN 347052)
*dsingh@axinn.com*
**AXINN, VELTROP & HARKRIDER LLP**
55 Second Street, 20th Floor
San Francisco, CA 94105
Telephone: 415.490.2000
Facsimile: 415.490.2001

*Attorneys for Plaintiff Mayito Guzman*

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General
ERICK RHOAN
Deputy Attorney General
PETER BEN NICHOLS
Deputy Attorney General
State Bar No. 289706
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 321-5789
Fax: (619) 645-2581
E-mail: Ben.Nichols@doj.ca.gov

*Attorneys for Defendants T. Boerum and D. Dorsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MAYITO GUZMAN,** Plaintiff, **v.** **D. DORSEY, et al. ,** Defendants. | 4:19-cv-03757-HSG<br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER; ORDER**<br>Judge: The Honorable Haywood S. Gilliam, Jr.<br>Trial Date: August 5, 2024<br>Action Filed: June 27, 2019 |

Plaintiff, MAYITO GUZMAN ("Plaintiff"), and Defendants, D. DORSEY and T. BOERUM ("Defendants") (collectively the "Parties"), by and through their respective counsels of record, agree and stipulate as follows:

1. The parties initially agreed to complete document production substantially by September 1, 2023 with Plaintiff's amended complaint, if any, due four weeks before, on August 4, 2023. On September 8, 2023, this Court granted a joint stipulation extending the deadline for

substantial completion to September 8, 2023, and also extending Plaintiff's deadline to file an amended complaint to September 29, 2023. (*See* Dkt. No. 77.)

2. Defendants intend to produce the remainder of their document production, including electronically stored information, by October 13, 2023.

3. The parties each also intend to serve additional and supplemental discovery responses to one another over the next two weeks.

4. In order to accommodate said production and discovery responses, the parties stipulate and respectfully request to modify the Court's current scheduling orders. (ECF Nos. 59, 68, 77.)

5. Good cause exists based on the aforementioned anticipated document production and discovery responses. The parties have met and conferred numerous times regarding the document production and discovery issues and are in agreement concerning the current request to modify the current scheduling order as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Amended Complaint Due | 9/29/2023 | 10/27/2023 |
| Fact Discovery Closes | 11/3/2023 | 12/7/2023 |
| Expert Designation and Opening Expert Reports | 12/8/2023 | 1/19/2024 |
| Rebuttal Expert Reports | 1/12/2024 | 2/16/2024 |
| Expert Discovery Begins | 1/12/2024 | 2/16/2024 |
| Expert Discovery Closes | 2/9/2024 | 3/1/2024 |
| Dispositive Motion Deadline | 3/21/2024 | Unchanged |
| Dispositive Motion Hearing Deadline | 4/25/2024 at 2:00 p.m. | Unchanged |
| Pretrial Conference | 7/16/2024 at 3:00 p.m. | Unchanged |
| Jury Trial | 8/5/2024 at 8:30 a.m. | Unchanged |

6. Therefore, in an effort to allow continue working cooperatively towards concluding discovery without disturbing the current trial date, the parties seek the proposed modifications.

Dated: September 29, 2023

Respectfully submitted,

*/s/Ricardo S. Camposanto*
Ricardo S. Camposanto
*Counsel for Plaintiff Mayito Guzman*

*/s/Erick Rhoan*

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General
ERICK RHOAN
Deputy Attorney General
PETER BEN NICHOLS
Deputy Attorney General
*Attorneys for Defendants*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatories to this filing concur in the filing's content and have authorized the filing. I declare under the laws of the United States of America that the foregoing is true and corrected. Executed this 29th day of September, 2023, in San Francisco, California.

*/s/ Ricardo S. Camposanto*

**ORDER**

Based on the foregoing stipulation, and for good cause showing, the Discovery and Scheduling Order is modified as follows:

Amended Complaint Due: 10/27/2023

Fact Discovery Closes: 12/7/2023

Expert Designation and Opening Expert Reports: 1/19/2024

Rebuttal Expert Reports: 2/16/2024

Expert Discovery Begins: 2/16/2024

Expert Discovery Closes: 3/1/2024

Dispositive Motion Deadline: 3/21/2024

Dispositive Motion Hearing Deadline: 4/25/2024 at 2:00 p.m.

Pretrial Conference: 7/16/2024 at 3:00 p.m.

Jury Trial: 8/5/2024 at 8:30 a.m.

IT IS SO ORDERED.

Dated: 10/2/2023

The Honorable Haywood S. Gilliam, Jr.
U.S. District Court for the Northern District of California