1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  **MAYITO GUZMAN**

Plaintiff,                    Case No. 4:19-cv-03757-HSG

12       v.

**ORDER**

13  **D. DORSEY ET AL.**

14

Defendants.

15

16       Defendants Dorsey and Boerum filed a request for a two-day extension, up to and including

17  Friday October 27, 2023 to file a reply brief in support of their motion for reconsideration. The

18  Court has read and considered the request, and counsel's accompanying declaration, and finds

19  that good cause exists to grant the request.

20       **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Defendants' request

21  for an extension of time is **GRANTED**.

22

23

24       Dated:  10/26/2023

25                                          The Honorable Haywood S. Gilliam, Jr.

26

27

28

1