|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| MAYITO GUZMAN,<br><br>Plaintiff(s),<br><br>v.<br><br>D. DORSEY, et al.,<br><br>Defendant(s). | Case No. 4:19-cv-3757-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Francis H. Morrison III, an active member in good standing of the bar of the District of Connecticut and Connecticut Supreme Court, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Mayito Guzman in the above-entitled action. My local co-counsel in this case is Jason T. Murata, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is 319287.

| | |
|---|---|
| 90 State House Square, Hartford, CT 06103 | 55 Second Street, San Francisco, CA 94105 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (860) 275-8155 | (415) 490-1487 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| fmorrison@axinn.com | jmurata@axinn.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: CT04200; 373050.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2023

*Francis Morrison*
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Francis H. Morrison III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/1/2023

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE

# United States District Court for the District of Connecticut



## Certificate of Good Standing

I, Dinah Milton Kinney, Clerk of this Court, do hereby certify that *Francis H. Morrison* (Bar #ct04200) was duly admitted to practice in this Court on November 10, 1975 and is in good standing as a member of the Bar of this Court.

Dated at Hartford, Connecticut on July 17, 2023.

Dinah Milton Kinney, Clerk

By: Jeremy J. Shafer, Deputy Clerk

LF-136 Form (Rev. 1-3-22)

## State of Connecticut

## Supreme Court

I, **Carl D. Cicchetti**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Superior Court at      **New Haven**

on the   **7th**   day of   **October, 1975**

**Francis H. Morrison, III**

of

**Charlotte, NC**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day    **July 18, 2023**

_Carl D. Cicchetti_
Chief Clerk