| | |
|---|---|
| Rob Bonta<br>Attorney General of California<br>Preeti K. Bajwa<br>Adriano Hrvatin<br>Supervising Deputy Attorneys General<br>Peter Ben Nichols<br>Erick J. Rhoan<br>Deputy Attorneys General<br>State Bar No. 289706<br>  600 West Broadway, Suite 1800<br>  San Diego, CA 92186-5266<br>  Telephone:  (619) 321-5789<br>  Fax:  (619) 645-2581<br>  E-mail:  Ben.Nichols@doj.ca.gov<br>*Attorneys for Defendants*<br>*D. Dorsey and T. Boerum* | Axinn, Veltrop & Harkrider LLP<br>Jason T. Murata<br>Francis H. Morrison<br>Ricardo S. Camposanto<br>Patrick O. Doyle<br>Ramya Auroprem<br>Darpan R. Singh<br>State Bar No. 319287<br>  55 Second Street, 20th Floor<br>  San Francisco, CA 94105<br>  Telephone:  (415) 490-2000<br>  Fax:  (415) 490-2001<br>  E-mail:  jmurata@axinn.com<br>*Attorneys for Plaintiff*<br>*Mayito Guzman* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MAYITO GUZMAN,**<br><br>                     Plaintiff,<br><br>v.<br><br>**D. DORSEY, et al.,**<br><br>                    Defendants. | Case No. 4:19-cv-03757-HSG<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); ORDER**<br><br>Judge: The Hon. Haywood S. Gilliam, Jr.<br>Action Filed: June 27, 2019<br>Trial Date: August 5, 2024 |

      Plaintiff Mayito Guzman and Defendants D. Dorsey and T. Boerum have resolved this case in its entirety with a fully executed Settlement Agreement.  The parties, therefore, stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court retains jurisdiction to enforce the Settlement Agreement, in light of Defendants' obligation to make settlement payment within 180 days, and for any other appropriate relief required under the circumstances.  Each party shall bear its own litigation costs and attorney's fees.

1

Stip. Voluntary Dismissal  (4:19-cv-03757-HSG)

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | Dated:  March 1, 2024 | Respectfully Submitted, |
| 3 | | ROB BONTA |
| 4 | | Attorney General of California |
| 5 | | /s/ Peter B. Nichols |
| 6 | | PETER B. NICHOLS |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendants* |
| 8 | Dated:  March 1, 2024 | AXINN, VELTROP & HARKRIDER LLP |
| 9 | | /s/ Jason T. Murata |
| 10 | | |
| 11 | | JASON T. MURATA<br>*Attorneys for Plaintiff* |

2

Stip. Voluntary Dismissal  (4:19-cv-03757-HSG)

Based on the foregoing stipulation, and for good cause showing, the above captioned case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED

Dated: 3/4/2024

_____
The Honorable Haywood S. Gilliam, Jr.
U.S. District Court for the Northern District of California

3

Stip. Voluntary Dismissal  (4:19-cv-03757-HSG)